ORIGINAL

RECEIVED
OVER THE COUNTER
MAY 14 2008
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-349 C

Plaintiff(s) or Petitioner(s): Charles J Russell

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): John B Wells
Firm Name: Law Office of J B Wells
Post Office Box: 5235
Street Address: 269 Robert Blvd
City-State-Zip: Slidell LA 70458
Telephone & Facsimile Numbers: 985 641-1855 / 649-1536 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☑ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 356

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ____________________

Agency Identification Code: MC

See attached sheet for three-digit codes.

Amount Claimed: $____________________
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☑ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $____________________
Is plaintiff a small business? ☐ Yes ☑ No

Vaccine Case:
Date of Vaccination: ____________________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☑ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.