IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHARLES J. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.08-349c |
| v. | ) | (Senior Judge Loren A. Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 60 days, to and including September 12, 2008, within which to answer or otherwise respond to plaintiff's complaint. Our response is currently due on July 14, 2008. This is our first request for an enlargement of time for this purpose. The contents of this motion have been discussed with plaintiff's counsel who has indicated that he has no objection to the granting of this motion.

The United States requests this enlargement of time because the agency's litigation report has not yet been received. Additional time is needed by the agency to review the allegations contained in the complaint, to perform the necessary legal research, and to prepare the litigation report.

Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's complaint to and including September 12, 2009.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

June 30, 2008

Attorneys for Defendant