# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| CHARLES J. RUSSELL, | * | |
| *Plaintiff,* | * | |
| | * | Case No. 08-349C |
| v. | * | |
| | * | Senior Judge Smith |
| THE UNITED STATES, | * | |
| | * | Filed: July 3, 2008 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Enlargement of Time. Defendant shall file its answer or otherwise respond to Plaintiff's complaint on or before September 12, 2008.

**It is so ORDERED.**

LOREN A. SMITH,
SENIOR JUDGE