IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHARLES J. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-349C |
| | ) | (Judge Loren A. Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the amended complaint, defendant admits, denies and alleges as follows:

1. The allegation contained in paragraph I is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is admitted.

2. The allegations contained in paragraph II are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

3. The allegations contained in the first, second, and fourth sentences contained in paragraph II are admitted; the allegation contained in the third sentence paragraph II is denied for lack of knowledge or information sufficient to form a belief as to the truth of the matter asserted.

4. The allegation contained in the first sentence of paragraph IV that, prior to service in the Marine Corps, plaintiff served in the United States Army is admitted, the remaining allegation contained in paragraph IV and the allegations contained in the second sentence of paragraph IV are denied for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

5. The allegations contained in the first and third sentences of paragraph V are admitted. The allegation contained in the second sentence of paragraph V is denied.

6. The allegation contained in the first sentence of paragraph VI is admitted; the allegations contained in the second and third sentences of paragraph VI are denied for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

7. The allegations contained in paragraph VII are denied for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

8. The allegations contained in paragraph VIII are denied for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

9. The allegations contained in paragraph IX are denied for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

10. The allegations contained in paragraph X are denied for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted, except that the allegation that plaintiff injured his right hand while serving in Iraq is admitted.

11. The allegation contained in paragraph XI is denied for lack of knowledge or information sufficient to form a belief as to the truth of the matter asserted.

12. The allegations contained in the first and third sentences of paragraph XII are denied for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. The allegations contained in the second sentence of paragraph XII are admitted.

13. The allegation contained in paragraph XIII is denied.

14. The allegation contained in paragraph XIV is denied.

15. The allegation contained in the first sentence of paragraph XV is admitted. The allegation contained in the second sentence of paragraph XV that plaintiff was treated for fractures of his hand is admitted; the remaining allegation contained in the second sentence of

paragraph XV and the allegations contained in the third, fourth, and fifth sentences of paragraph XV are denied for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

16. The allegation contained in paragraph XVI that plaintiff was transferred to Camp Pendleton Hospital in September 2003 is admitted; the remaining allegation contained in paragraph XVI is denied for lack of knowledge or information sufficient to form a belief as to the truth of the matter asserted.

17. The allegation contained in paragraph XVII is denied for lack of knowledge or information sufficient to form a belief as to the truth of the matter asserted.

18. The allegations contained in paragraph XVIII are denied for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

19. The allegation contained in paragraph XIX is a conclusions of law, to which no answer is required; to the extent this allegation may be deemed to be an allegation of fact, it is denied.

20. The allegations contained in paragraph XX are admitted to the extent supported by the document, which is the best evidence of its contents; otherwise denies the allegations.

21. The allegations contained in paragraph XXI are denied.

22. The allegation contained in paragraph XXII is denied for lack of knowledge or information sufficient to form a belief as to the truth of the matter asserted.

23. The allegations contained in paragraph XXIII are conclusions of law, to which no answer is required.

24. The allegation contained in paragraph XXIV is a conclusions of law, to which no

answer is required.

25. The allegation contained in paragraph XXV is denied.

26. The allegation contained in paragraph XXVI is denied.

27. The allegations contained in the first sentence of paragraph XXVII are denied. The allegation contained int the second sentence of paragraph XXVII is a conclusions of law, to which no answer is required; to the extent this allegations may be deemed to be an allegation of fact, is is denied.

28. The allegations contained in paragraph XXVIII are denied.

29. The allegation contained in paragraph XXIX is a conclusion of law, to which no answer is required; to the extent this allegation may be deemed to contain be an allegation of fact, it is denied.

30. The allegations contained in paragraph XXX are denied.

31. The allegations contained in paragraph XXXI are denied.

32. Defendant denies each and every allegation not previously admitted or denied.

33. Defendant denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph XXXI of the complaint, or to any relief whatsoever.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit - 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
(202) 305-3278
(202) 353-7988 (Fax)

Attorneys for Defendant

OF COUNSEL:

DAVID W. FINK
LT, JAGC, USN
Office of The Judge Advocate General
United States Navy

September 12, 2008